

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–13–933

| | |
|---|---|
| | **Opinion Delivered** February 12, 2014 |
| AMANDA BORDER | APPEAL FROM THE GREENE COUNTY CIRCUIT COURT |
| APPELLANT | [NO. JV-2012-81] |
| V. | |
| | HONORABLE BARBARA HALSEY, JUDGE |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILD | |
| APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## RHONDA K. WOOD, Judge

This is a no-merit appeal from an order terminating the parental rights of appellant Amanda Border to her child, B.B. Border's attorney has filed a motion to withdraw as counsel and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i) (2012), asserting that there are no issues of arguable merit to support the appeal. The brief includes a discussion of the sufficiency of the evidence to support the termination order, all matters in the record that might arguably support an appeal, all adverse rulings, and a statement as to why counsel considers each point raised as incapable of supporting a meritorious appeal. The clerk of this court sent a copy of the brief and motion to Border,

SLIP OPINION

advising her that she had the right to file pro se points for reversal. Border did not respond.

After careful review of the record in accordance with Rule 6-9(i) of the Rules of the Arkansas Supreme Court and Court of Appeals, we hold that this appeal lacks merit. Counsel complied with our requirements for no-merit termination cases, and we affirm by memorandum opinion. *In Re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e).

Affirmed; motion to withdraw as counsel granted.

GLADWIN, C.J., and BROWN, J., agree.

*Deborah R. Sallings*, Arkansas Public Defender Commission, for appellant.

No response.